**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERALD DILLION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1727** |
| **JIMMIE MARTIN, JR., ET AL.** | **SECTION "B"(4)** |

## ORDER AND REASONS

Before the Court is an unopposed "Motion to Dismiss Per Fed. R. Civ. P. 41(b)" **(R. Doc. 20)** filed by Defendant National Fire & Marine Insurance Company ("National Fire & Marine").

National Fire & Marine was sued as the liability insurer of two unserved Defendants. The two unserved Defendants are Jimmie Martin Jr. and Argie Mark Jr (collectively, the "Unserved Defendants"). National Fire & Marine moves this Court for dismissal of this action as against itself and the Unserved Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(b).

For the reasons presented in National Fire & Marine's Motion (R. Doc. 20) and after careful review of the record,

**IT IS HEREBY ORDERED** that National Fire & Marine's Motion (R. Doc. 20) is **GRANTED**, pursuant to Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 41(b), and the multiple conspicuous warnings of dismissal this Court provided to Plaintiff Gerald Dillion and his counsel, Barry Bolton, *see* R. Docs. 11, 13, 18, 19. Dismissal is further warranted based on Plaintiff Gerald Dillion and his counsel's repetitive failures to timely comply with this Court's various Orders (R. Docs. 11, 13, 18, 19 and 24) designed to facilitate prosecution of this matter. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988), *report and recommendation adopted*, CA# 21-02253, 2023 WL 5493555 (W.D. La. Aug. 24, 2023). Accordingly,

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff Gerald Dillion against Defendant National Fire & Marine and the Unserved Defendants in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions **(R. Docs. 25, 26)** in the above-captioned matter be **DISMISSED** as **MOOT**.

New Orleans, Louisiana this 5th day of January, 2023

SENIOR UNITED STATES DISTRICT JUDGE